# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>JOSHUA BROWN<br>WALTER WILSON, JR.<br>JASON WOOLBRIGHT<br><br>*Defendant(s)* | Case No.   4:21 MJ 8235 SRW<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 9, 2021 in the county of St. Louis in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751 | Escape |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*DUSM MARK MOORE*
*Complainant's signature*

Deputy US Marshal Mark Moore, USMS
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Sworn to before me and signed in my presence.

Date: 07/10/2021

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Stephen R. Welby, U.S. Magistrate Judge
*Printed name and title*